1  DALE L. ALLEN, JR, # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634
   Email: dallen@lowball.com
5  Email: dlarsen@lowball.com

6  Attorneys for Defendants
   CITY OF MERCED POLICE DEPARTMENT,
7  MERCED POLICE OFFICER JOSEPH HENDERSON AND
   MERCED POLICE SERGEANT CURT GORMAN

8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 | FABIAN VIVERO, an individual,        ) Case No. 1:08-cv-01751 LJO-DLB
                                          )
13 |                   Plaintiff,         ) **STIPULATION TO DISMISSAL**
                                          ) **OF COMPLAINT WITH**
14 |          vs.                         ) **PREJUDICE AND  ORDER**
                                          ) **(F.R.C.P. 41)**
15 | CITY OF MERCED POLICE DEPARTMENT,    )
     CITY OF MERCED POLICE OFFICER JOSEPH )
16 | HENDERSON, CITY OF MERCED POLICE     )
     SERGEANT, CURT GORMAN, DOES 1        )
17 | THROUGH 50,                          )
                                          )
18 |                   Defendants.        )
                                          )
19 | _____    )

20        IT IS HEREBY STIPULATED between the parties in the above-captioned action, plaintiff to

21 dismiss the complaint with prejudice against the CITY OF MERCED POLICE DEPARTMENT and

22 OFFICER JOSEPH HENDERSON.  Defendants agree to bear their own attorney fees and costs.

23        Dated: January 8, 2010.

24                                    LOW, BALL & LYNCH

25
                                      By   /s/ Dirk D. Larsen
26                                         DALE L. ALLEN
                                           DIRK D. LARSEN
27                                         Attorneys for Defendant
                                           CITY OF MERCED POLICE DEPARTMENT,
28                                         OFFICER JOSEPH HENDERSON

---
-1-
STIPULATION TO DISMISSAL OF COMPLAINT AND [PROPOSED] ORDER
K:\LJO\To_Be_Signed\08cv1751.order.wpd                          USDC Case No. CV-01751 LJO-DLB

(STIPULATION TO DISMISSAL OF COMPLAINT (Con't)

Date: January 8, 2010.

                                      LAW OFFICE OF JOHN GARCIA

                                      By  /s/ John Garcia
                                          JOHN GARCIA
                                          Attorney for Plaintiff
                                          FABIAN VIVERO

**ORDER**

Pursuant to the stipulation of the parties herein, it is HEREBY ORDERED:

1. That plaintiff FABIAN VIVERO'S complaint is hereby DISMISSED WITH PREJUDICE as to defendants CITY OF MERCED POLICE DEPARTMENT and OFFICER JOSEPH HENDERSON;

2. As defendant CURT GORMAN was dismissed from this action pursuant to the parties' prior stipulation and the Court's October 28, 2009 Order denying defendants' motion for summary judgment, this entire action is hereby DISMISSED WITH PREJUDICE.

3. The trial is vacated.

IT IS SO ORDERED.

**Dated:   January     , 2010.**         /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE